Charles CASACKKAR, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. ED 98119.

Missouri Court of Appeals,
Eastern District,
Division Five.

May 21, 2013.

Frederick M. Hawk, St. Louis, MO, for appellant.

Robert A. Bedell, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J. and THOMAS C. CLARK II, SP. J.

*ORDER*

PER CURIAM.

Charles Casackkar appeals the decision of the Labor and Industrial Relations Commission denying him unemployment benefits on the grounds that he was discharged for misconduct. We find the Commission did not err in finding Casackkar was disqualified from receiving benefits due to misconduct. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).